[No. 6423-9-III. Division Three. December 4, 1984.]

*In the Matter of the Personal Restraint of*
PHILIP M. D'HOOGE, *Petitioner.*

Petition for relief from personal restraint. *Dismissed* by unpublished opinion per Munson, C.J., concurred in by Green and Thompson, JJ.

[No. 5693-7-III. Division Three. December 4, 1984.]

C. FREDERICK DARLING, *Respondent,* v. THOMAS FERGUSON, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 23102, Howard Hettinger, J., entered February 8, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Munson, C.J., and Green, J.

[No. 5743-7-III. Division Three. December 4, 1984.]

*In the Matter of the Marriage of* MELISSA H. BEDDO, *Respondent, and* GLEN GEORGE BEDDO, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 81-3-00969-8, Duane E. Taber, J., entered March 11, 1983. *Affirmed* by unpublished opinion per Cone, J. Pro Tem., concurred in by Munson, C.J., and Thompson, J.